UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| In re: | CASE NO. 10-32093 |
|---|---|
| Pacific Avenue, LLC, et al.,[1] | CHAPTER 11 |
| Debtors. | Jointly Administered[2] |

## NOTICE OF EXPEDITED HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that Pacific Avenue, LLC ("Pacific Avenue"), and Pacific Avenue II, LLC ("Pacific Avenue II"), debtors and debtors-in-possession in the above-captioned case (the "Debtors" and "Debtors-in-Possession"), have filed voluntary petitions pursuant to Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina on July 22, 2010 and have filed the following First Day Motions:

a. Debtor's Motion for Order Directing Joint Administration of Related Chapter 11 Cases;

b. Debtors' Motion for Authority to Pay Pre-Petition Payroll, Payroll Taxes, Employee Benefits and Other Related Expenses;

c. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 364, 1107(a), and 1108(a) for Order Authorizing (A) Maintenance of Existing Bank Accounts; (B) Continued Use of Existing Business Forms; and (C) Continued Use of Cash Management System;

d. Debtors' Motion for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Pre-Petition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; and (III) Establishing Procedures for Requests for Additional Assurance of Payment; and

---

[1] These jointly administered cases are those of the following debtors: Pacific Avenue, LLC and Pacific Avenue II, LLC, Case numbers 10-32093 and 10-32095, respectively.

[2] Contemporaneously with this Motion, the Debtors have filed a Motion for Joint Administration seeking to jointly administer the Debtors' cases with the case of Pacific Avenue, LLC serving as the lead case.

    e.    Emergency Motion of the Debtors for Authority to Use Cash Collateral Pursuant to Sections 361 and 363 of the Bankruptcy Code.

**PLEASE TAKE NOTICE** that a hearing to consider the First Day Motions and the relief requested therein will be held on July 23, 2010 at the United States Bankruptcy Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202 at 11:00 a.m. or as soon thereafter as the matter can be heard.

This is the 22nd day of July, 2010.

                              **GRIER FURR & CRISP, PA**

                              *s/ Joseph W. Grier, III*
                              Joseph W. Grier, III (State Bar No. 7764)
                              A. Cotten Wright (State Bar No. 28162)
                              Anna S. Gorman (State Bar No. 20987)
                              101 North Tryon Street, Suite 1240
                              Charlotte, North Carolina 28246
                              Phone: 704.375.3720; Fax: 704.332.0215
                              jgrier@grierlaw.com
                              cwright@grierlaw.com
                              agorman@grierlaw.com

                              *Counsel for the Debtors*