UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re: | CASE NO. 10-32093 |
| Pacific Avenue, LLC, et al., | CHAPTER 11 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following papers were served on the whose names appear on the attached list of First Day Notice Parties by email, facsimile, or by placing copies in the United States mail, postage prepaid, and addressed as indicated.

1. Debtor's Motion for Order Directing Joint Administration of Related Chapter 11 Cases;

2. Debtors' Motion for Authority to Pay Pre-Petition Payroll, Payroll Taxes, Employee Benefits and Other Related Expenses;

3. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 364, 1107(a), and 1108(a) for Order Authorizing (A) Maintenance of Existing Bank Accounts; (B) Continued Use of Existing Business Forms; and (C) Continued Use of Cash Management System;

4. Debtors' Motion for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Pre-Petition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; and (III) Establishing Procedures for Requests for Additional Assurance of Payment; and

5. Emergency Motion of the Debtors for Authority to Use Cash Collateral Pursuant to Sections 361 and 363 of the Bankruptcy Code.

6. Notice of Expedited Hearing on First Day Motions.

This is the 22nd day of July, 2010.

/s/ A. Cotten Wright
A. Cotten Wright
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246

# **FIRST DAY NOTICE PARTIES**

Linda Simpson
United States Bankruptcy Administrator
Via electronic service

Secured Creditors:
David Walls
Douglas R. Ghidina
Moore & Van Allen PLLC
100 N Tryon St, Ste 4700
Charlotte, NC 28202
Davidwalls@mvalaw.com
Dougghidina@mvalaw.com

Preferred Parking Service, LLC
212 S. Tryon St., Suite 1300
Charlotte, NC 28209
roger@preferredparking.com

US Bank NA
US Bancorp Center
800 Nicollet Mall, 22nd Fl
Minneapolis, MN 55402-7020
david.kopolow@usbank.com

Utility Providers:
City of Charlotte
Billing Center
600 East Fourth Street
Charlotte, NC 28250-0001
Fax: 704-423-4201

Duke Energy
PO Box 70516
Charlotte, NC 28272-0516
Fax: 800-943-6910; 704-594-0557

Piedmont Natural Gas
PO Box 533500
Atlanta, GA 30353-3500
Fax: 877-525-2880

Windstream
Windstream Corporation
PO Box 9001908
Louisville, KY 40290-1908
Fax: 704-849-5272

20 Largest Unsecured Creditors:
Acousti Engineering Co.
2011 Cross Beam Drive
Charlotte, NC 28217
Fax: (704) 424-9767

ADW Architects
1401 West Morehead Street
Charlotte, NC 28208-5261
blauer@adwarchitects.com

Atlantic Coast Waterproofing, Inc.
7915 Chapman Street
Charlotte, NC 28216
alcowa99@bellsouth.net

Bruegger's Bagels
Brueggars Enterprises, Inc.
Attn: Real Estate Administration
159 Bank Street
Burlington, VT 05401
tgmarshall@comcast.net

Cam-Ful Industries, Inc.
PO Box 279
Pineville, NC 28134
rbradley@cam-ful.com

Cam-Ful Industries, Inc.
c/o Bentford E. Martin
Hamilton Moon Stephens
   Steele & Martin, PLLC
201 South College Street, Suite 2020
Charlotte, NC 28244
BMartin@lawhms.com

Charles H. Litaker, Inc.
PO Box 221129
Charlotte, NC 28222-1129
dlitaker@litakerinsurance.com

Clayco Corp.
2199 Innerbelt Business Center Dr.
St. Louis, M0 63114
clarkb@claycorp.com

Excel Electrical Technologies
7168 Weddington Rd. #124
Concord, NC 28027
randy.sossamon@excelelectrical.com

Five Guys Burgers and Fries
Attn: Sam Chamberlain
NCC - Epicentre, LLC
PO Box 25515
Alexandria, VA 22313
schamberlain@fiveguys.com

Fulcrum Construction, LLC
1900 The Exchange, Suite 195
Atlanta, GA 30339
MArasin@fulcrumconstruction.com

Hard Rock Pavers, LLC
c/o Elana Zecca
Parker, Poe, Adams & Berstein
401 S. Tryon St.; Stuie 3000
Charlotte, NC 28202
Fax: 704-334-4706

Jason's Deli
Attn: Raymond Begnaud
Deli Management, Inc.
2400 Broadway
Beaumont, TX 77702
joseph.edwards@jasonsdeli.com

Johnston, Allison & Hord, P.A.
Mr. Joe F. Teague, Jr.
Johnston Allison Hord
PO Box 36469
Charlotte NC 28236
mjohnston@jahlaw.com
jteague@jahlaw.com

Kone, Inc.
PO Box 429
Moline, IL 61266-0429
Randy.Bunner@kone.com

Kone, Inc.
c/o J. D. Keister
McAngus Goudelock & Courier, LLC
6302 Fairview Road, Ste 700
Charlotte, NC 28210-2267
jkeister@mgclaw.com

Regions Bank, Admin Agent
PO Box 11816
Charlotte, NC 28220

RHW Concrete, Inc.
2587 Green Valley Drive
Norcross, GA 30071
rhwconcreteinc@comcast.net

Sign Art
6225 Old Concord Rd.
Charlotte, NC 28213
randy.souther@signartsign.com

Wayne J. Griffin Electric, Inc.
116 Hopping Brook Road
Holliston, MA 01746
thughes@wjgei.com

Wild Wing Cafe
Epic Wings, LLC
Attn: Jayne Verhoeven
20 Rum Row
Hilton Head, SC 29928
Wingkingcc@aol.com

Wilfong Properties, LLC
1919 East 8th Street
Charlotte NC 28204
seth.wilfong@gmail.com
shawan.wilfong@gmail.com

2