FILED & JUDGMENT ENTERED
David E. Weich

Jul 23 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_/s/ George R. Hodges_
George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| In re: | CASE NO. 10-32093 |
| Pacific Avenue, LLC, et al.,[1] | CHAPTER 11 |
| Debtors. | Jointly Administered[2] |

## APPLICATION FOR ORDER AUTHORIZING
## THE EMPLOYMENT OF GRIER FURR & CRISP, PA

The court having considered the foregoing Application of the Debtors to employ attorneys and Declaration of Grier Furr & Crisp, PAA in support thereof, and it appearing that the law firm of Grier Furr & Crisp, PA, its members and associates, is a disinterested person and that the employment of said law firm generally by the debtors is in the best interest of this estate, it is hereby

ORDERED that Pacific Avenue, LLC and Pacific Avenue II, LLC, Debtors herein, are

---

[1] These jointly administered cases are those of the following debtors: Pacific Avenue, LLC and Pacific Avenue II, LLC, Case numbers 10-32093 and 10-32095, respectively.

[2] Contemporaneously with this Application, the Debtors have filed a Motion for Joint Administration seeking to jointly administer the Debtors' cases with the case of Pacific Avenue, LLC serving as the lead case.

authorized to employ the law firm of Grier Furr & Crisp, PA generally, as attorneys for the Debtors, with compensation to be paid in such amounts as may be allowed by the court upon proper application or applications therefore.

This Order has been signed
Electronically. The judge's
Signature and court's seal
Appear at the top of the Order.

United States Bankruptcy Court