

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 10–32093
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Pacific Avenue, LLC
210 E Trade St
Suite C–446 B
Charlotte, NC 28202
Social Security No.:
Debtor EIN:
20–2009244

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above–referenced debtor(s) did not include the following items:

    Schedule A – Real Property
    Schedule B – List of Personal Property
    Schedule D – Secured Claims
    Schedule E – Priority Claims
    Schedule F – Unsecured Claims
    Schedule G – Executory Contracts
    Schedule H – Co–Debtors
    Declaration Concerning Schedules
    Form 7 (Statement of Financial Affairs)
    Fee Disclosure Statement
    Exhibit A

**FURTHER NOTICE IS GIVEN** that if the above–referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: July 23, 2010                                                                   David E. Weich
                                                                                             Clerk of Court

Electronically filed and signed (7/23/10)