

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 10–32093
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

   Pacific Avenue, LLC
   210 E Trade St
   Suite C–446 B
   Charlotte, NC 28202
   Social Security No.:
   Debtor EIN:
   20–2009244

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Schedule A – Real Property
   Schedule B – List of Personal Property
   Schedule D – Secured Claims
   Schedule E – Priority Claims
   Schedule F – Unsecured Claims
   Schedule G – Executory Contracts
   Schedule H – Co–Debtors
   Declaration Concerning Schedules
   Form 7 (Statement of Financial Affairs)
   Fee Disclosure Statement
   Exhibit A

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: July 23, 2010                                                            David E. Weich
                                                                                Clerk of Court

Electronically filed and signed (7/23/10)

# CERTIFICATE OF NOTICE

```
District/off: 0419-3          User: bryantj                Page 1 of 1         Date Rcvd: Jul 23, 2010
Case: 10-32093                Form ID: 273                 Total Noticed: 2
```

The following entities were noticed by first class mail on Jul 25, 2010.
db           +Pacific Avenue, LLC,    210 E Trade St,    Suite C-446 B,    Charlotte, NC 28202-2404
aty          +Grier Furr & Crisp, P.A.,    101 N. Tryon Street, Suite 1240,    Charlotte, NC 28246-0104

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**                         **Signature:** *Joseph Speetjens*