**FORM B9F** (Chapter 11 Corporation/Partnership Asset Case) (10/05)     Case Number **10–32093**

### UNITED STATES BANKRUPTCY COURT
Western District of North Carolina (Charlotte)

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 7/22/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) used in the last 8 years, including married, maiden, trade and address):

Pacific Avenue, LLC
 EpiCentre Management
210 E Trade St
Suite C–446 B
Charlotte, NC 28202

| Case Number:<br>10–32093 | Taxpayer ID Nos.:<br>20–2009244 |
|---|---|

Attorney for Debtor(s) (name and address):
Joseph W. Grier III
Grier, Furr & Crisp, P.A.
101 N. Tryon Street, Suite 1240
One Independence Center
Charlotte, NC 28246

Telephone number: (704) 332–0201

### Meeting of Creditors:

Date: **September 1, 2010**            Time: **02:00 PM**

Location: **U.S. Bankruptcy Administrators Office, 402 West Trade Street, Suite 205, Charlotte, NC 28202**

### Deadlines:

FILE A PROOF OF CLAIM WITH ATTACHMENTS ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT ON THE BANKRUPTCY COURT'S WEB SITE AT www.ncwb.uscourts.gov.
**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **11/30/10**     For a governmental unit: **180 days from date of voluntary petition, order for relief, or conversion, whichever is later.**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Charlotte Division<br>P.O. Box 34189<br>Charlotte, NC 28234–4189<br><br>Telephone number: 704–350–7500 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>David E. Weich |
|---|---|
| Hours Open: 8:30 AM – 4:30 PM, Monday – Friday | Date: 7/23/10 |

# EXPLANATIONS                                                                                       FORM B9F (10/05)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing. You may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate the debtor's business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States Bankruptcy Administrator not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a statement describing a creditor's claim and must be filed electronically with the Bankruptcy Court at the Bankruptcy court's web site at www.ncwb.uscourts.gov. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

––– Refer to Other Side for Important Deadlines and Notices –––

NOTICE IS HEREBY GIVEN that if the debtor fails to appear at the first meeting of creditors, or if the debtor fails to file all schedules, statements, lists and other documents required to be filed by the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules of this Court within the time period set forth in these rules, the debtor's case will be subject to dismissal without further notice or opportunity for hearing.

# CERTIFICATE OF NOTICE

```
District/off: 0419-3          User: bryantj                Page 1 of 4                   Date Rcvd: Jul 23, 2010
Case: 10-32093                Form ID: b9f                 Total Noticed: 226

The following entities were noticed by first class mail on Jul 25, 2010.
db          +Pacific Avenue, LLC,    EpiCentre Management,    210 E Trade St,    Suite C-446 B,
              Charlotte, NC 28202-2404
aty         +Grier Furr & Crisp, P.A.,    101 N. Tryon Street, Suite 1240,    Charlotte, NC 28246-0104
aty          Joseph W. Grier, III,    Grier, Furr & Crisp, P.A.,    101 N. Tryon Street, Suite 1240,
              One Independence Center,    Charlotte, NC  28246
smg         +Securities and Exchange Commission,    Atlanta Regional Office,
              3475 Lenox Road, N.E., Suite 1000,    Atlanta, GA 30326-3235
smg         +United States Attorney,    227 West Trade Street,    Carillon Bldg, Suite 1700,
              Charlotte, NC 28202-1675
4238153     +ADW Architects,    1401 West Morehead Street,    Charlotte, NC 28208-5260
4238161     +AT&T,    Lease Adm,    PO Box 908,    Downers Grove, IL 60515-0908
4238160     +AT&T,    Attn:  Lease Administrator,    PO Box 908,    Downers Grove, IL 60515-0908
4238162     +AT&T Mobility II, LLC.,     dba AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
4238152     +Acousti Engineering Co.,    2011 Cross Beam Drive,    Charlotte, NC 28217-2856
4238154     +Afshin Ghazi,    5625 Fairview Rd,    Charlotte, NC 28209-3619
4238155     +Allan Industries, Inc.,    270 Route 46 East,    Rockaway, NJ 07866-3850
4238157      AlliedBarton Security Services,    PO Box 534265,    Atlanta, GA 30353-4265
4238332     +Allison Rooks,    5319 Johnston Mill Court,    Charlotte, NC 28269-0500
4238158     +Aloft Hotel,    1100 Monarch Tower,    3424 Peachtree Rd.,    Atlanta, GA 30326-1118
4238330     +Altonio R. Rivers,    210 Alpha Mill Lane, Apt. 221,    Charlotte, NC 28206-3312
4238156      Anthony C. Allen,    1300 Fallen Tree Court,    Charlotte, NC 28262
4238228     +Anthony Finocchio,    11531 Withers Mill Drive,    Charlotte, NC 28278-7220
4238331     +Arthur Marc Robson,    161 South Haven Drive,    Mooresville, NC 28117-7563
4238163     +Atlantic Coast Waterproofing, Inc.,    7915 Chapman Street,    Charlotte, NC 28216-1112
4238164     +Baker Roofing Company,    PO Box 26057,    Raleigh, NC 27611-6057
4238168     +Bank of America, NA,    NM1-100-01-28,    725 6th Street NW,    Albuquerque, NM 87102-2077
4238170     +Belle Ville Boutique,    TMS Partners, LLC,    20435 Middletown Rd,    Cornelius, NC 28031-6498
4238172     +Bieri & Ames,    Attn:  Stanley L. Ames, Esq.,    660 Woodward Ave, Ste 1500,
              Detroit, MI 48226-3584
4238173     +Bio-Nomic Services, Inc.,    516 Rountree Road,    Charlotte, NC 28217-2133
4238174     +Blythe Development Co., Inc.,    1415 E. Westinghouse Blvd.,    Charlotte, NC 28273-5801
4238216     +Bradford Clayton Dunn,    1825 Willow Haven Lane #18,    Charlotte, NC 28262-7702
4238176      Brady Services,    PO Box 13587,    Greensboro, NC 27415-3587
4238165     +Bret Cass Balamucki,    16717 Watermelon Lane,    Charlotte, NC 28278-8307
4238218     +Brian G. Elenbaas,    8738 Pinnacle Cross Dr., Apt. 1,    Huntersville, NC 28078-4791
4238178     +Brockette-Davis-Drake, Inc.,    4144 Central Expwy #1100,    Dallas, TX 75204-2187
4238180     +Bruegger's Bagels,    Brueggars Enterprises, Inc.,    159 Bank Street,    Burlington, VT 05401-4479
4238179     +Bruegger's Bagels,    Attn:  Real Estate Administration,    159 Bank Street,
              Burlington, VT 05401-4479
4238188     +CCD I, LLC,    Bar Management Group,    6300 Carmel Rd., Suite 110B,    Charlotte, NC 28226-8277
4238190     +CCD II, LLC,    Bar Management Group,    6300 Carmel Rd., St 110B,    Charlotte, NC 28226-8277
4238191     +CCD II, LLC,    Bar Management Group,    6300 Carmel Rd., Suite 110B,    Charlotte, NC 28226-8277
4238192     +CCD III, LLC,    Bar Management Group,    6300 Carmel Rd., St 110B,    Charlotte, NC 28226-8277
4238193     +CCD III, LLC,    Bar Management Group,    6300 Carmel Rd., Suite 110B,    Charlotte, NC 28226-8277
4238200      CNG Signs & Zepco Displays,    381 Industrial Court,    Concord NC 28025-8016
4238208     +CVS Caremark Corporation,    One CVS Drive,    Woonsocket, RI 02895-6184
4238276     +Caleb Joshua Komis,    1719 Cottage Creek Road,    Indian Trail, NC 28079-9467
4238183     +Cam-Ful Industries, Inc.,    PO Box 279,    Pineville, NC 28134-0279
4238182     +Cam-Ful Industries, Inc.,    c/o Bentford E. Martin,    201 South College Street,
              Charlotte, NC 28244-0002
4238185     +Cardinal Solutions,    Cardinal Solutinos Group, Inc.,    8044 Montgomery Ro, Ste. 420,
              Cincinnati, OH 45236-7923
4238186     +Cardinal Solutions,    Cardinal Solutinos Group, Inc.,    8044 Montgomery Road, Ste. 420,
              Cincinnati, OH 45236-7923
4238285     +Carlos Lopez, Jr.,    16327 Circle Green Drive,    Charlotte, NC 28273-6973
4238187     +Carolina First Bank,    c/o Lisa Shelnutt,    104 S. Main St.,    Greenville, SC 29601-2711
4238206     +Cecil Crowley,    4 Tomotley Ct.,    Hilton Head, SC 29928-3338
4238338     +Chad R. Shingler,    5916 Avelon Valley Dr., Apt. 737,    Charlotte, NC 28277-4599
4238194     +Champion Systems, Inc.,    206 Hillstone Drive,    Jamestown, NC 27282-2000
4238195      Charles H. Litaker, Inc.,    PO Box 221129,    Charlotte, NC 28222-1129
4238255     +Chase Hartsell,    20778 Austin Road,    Albemarle, NC 28001-9021
4238294     +Christopher G. Miller,    1540 West Blvd.,    Charlotte, NC 28208-7020
4238196      City of Charlotte,    Billing Center,    600 East Fourth Street,    Charlotte, NC 28250-0001
4238197     +Clayco Corp.,    2199 Innerbelt Business Center Dr.,    St. Louis, MO  63114-5721
4238198     +Clear2Pay,    45 Braintree Hill Office Pk, S 202,    Braintree, MA 02184-8793
4238199     +Clear2Pay,    Clear2Pay Americas, Inc.,    45 Braintree Hill Office Park,
              Braintree, MA 02184-8793
4238202     +Cold Stone,    Coldstone Creamery, Inc.,    1601 N 82nd St., Ste. A-4,    Scottsdale, AZ 85257
4238201     +Cold Stone,    Attn:  Leasing Dept.,    1601 N 82nd St., Ste. A-4,    Scottsdale, AZ 85257
4238203     +Commercial Door & Hardware,    378 Crompton Street,    Charlotte, NC 28273-6214
4238204     +Complete Stone & Tile Services, Inc.,    2973 Interstate Street,    Charlotte, NC 28208-3607
4238210     +D&M Motor Technologies, LLC,    Michael G. O'Neal,    PO Box 930,    Denver, NC 28037-0930
4238287     +Daniel C. Malone,    2372 Southside Road,    Lincolnton, NC 28092-9386
4238274     +Daniel Kellough,    1914 Mt. Isle Harbor Drive,    Charlotte, NC 28214-5406
4238258     +Daniel S. Hernandez,    1030 Traditions Park Drive,    Pineville, NC 28134-7450
4238213     +David Michael Decker,    3000 Champaign Street,    Charlotte, NC 28210-6454
4238212     +Davis, Pickern & Seydel, LLP,    Attn:  William G. Bertram, Esq.,    285 Peachtree Center Ave.,
              N.E. Atlanta, GA 30303-1229
4238215      Duke Energy,    PO Box 70516,    Charlotte, NC 28272-0516
4238217     +Eastway Lock & Key, Inc.,    3807 Monroe Road,    Charlotte, NC 28205-7737
4238279     +Edward F. Lapham, Jr.,    1572 Hawks Nest Road,    York, SC 29745-9802
4238219     +Enso Asian Bistro & Sushi Bar,    Dineworks Hospitality Group,    210 North Church St. Unit 3314,
              Charlotte, NC 28202-2389
```

```
District/off: 0419-3          User: bryantj              Page 2 of 4                   Date Rcvd: Jul 23, 2010
Case: 10-32093                Form ID: b9f               Total Noticed: 226

4238221       +Enterprise Security Systems, Inc.,    10910 Granite Street,    Charlotte, NC 28273-6394
4238222       +EpiCenter Associates, L.L.L.P.,    5625 Fairview Road,    Charlotte, NC 28209-3619
4238223       +Epicentre Theater Partners, LLC.,    210 E. Trade Street, Suite E-290,    Charlotte, NC 28202-2404
4238224       +Epicentre Theatre / MEZ,    Epicentre Theatre Partners, LLC,    210 E. Trade St., E-290,
                Charlotte NC 28202-2404
4238225       +Eric Benjamin Erb,    854 White Oak Lane,    Matthews, NC 28104-8805
4238226       +Ernsberger, Ashley,    3202 Selwyn Farms Lane, Unit 3,    Charlotte, NC 28209-4008
4238227       +Excel Electrical Technologies,    7168 Weddington Rd. #124,    Concord, NC 28027-3470
4238314       +Fairley Ethan Price,    17085 Luther Road,    Oakboro, NC 28129-9699
4238229       +Fire House Subs,    Scotto Restaurant Group, LLC,    137 Cross Center Rd, Ste. 234,
                Denver, NC 28037-5009
4238232       +First Charlotte Physicians,    Presbyterian Regional Healthcare Corp.,    PO Box 33549,
                Charlotte, NC 28233-3549
4238231       +First Charlotte Physicians,    Attn: Property Management,    PO Box 33549,
                Charlotte, NC 28233-3549
4238233       +Five Guys Burgers and Fries,    NCC - Epicentre, LLC,    PO Box 25515,    Alexandria, VA 22313-5515
4238235       +Fleming’s/Northeast-I, LP,    2202 N West Shore Blvd,    5th Floor,    Tampa, FL 33607-5747
4238236       +Fleming’s/Northeast-I, LP,    2202 N West Shore Blvd,    Tampa, FL 33607-5747
4238237       +Flying Biscuit,    MSWG,    1801 Peachtree Road,    Atlanta, GA 30309-1895
4238240       +Foodman, Hunter & Karres, PLLC,    521 E. Morehead Street, Suite 330,    Charlotte, NC 28202-2615
4238241       +Fulcrum Construction, LLC,    1900 The Exchange, Suite 195,    Atlanta, GA 30339-2020
4238243       +Gallant Properties, LLC,    1812 East Blvd.,    Charlotte, NC 28203-5826
4238244       +Gallimore Enterprises, Inc.,    5885 NC Hwy 47,    Lexington, NC 27292-7712
4238245        Garratt Callahan Company,    50 Ingold Road,    Burlingame, GA 94010-2206
4238247       +George Cornelson,    4925 Gorham Dr.,    Charlotte, NC 28226-6401
4238205       +George H. Cornelson III,    4925 Gorham Dr.,    Charlotte, NC 28226-6401
4238249       +Ghazi Properties NC, LLC,    5625 Fairview Rd.,    Charlotte, NC 28209-3619
4238250        Grainger, Inc.,    Dept. 876296435,    Palatine, IL 60038-0001
4238251        Grattan Pest Solutions, Inc.,    6509 Shaftesbury Road,    Charlotte, NC 28270-2840
4238254       +Hard Rock Pavers, LLC,    c/o Elana Zecca,    401 S. Tryon St.; Stuie 3000,
                Charlotte, NC 28202-1934
4238257       +Hemingson Treats, Inc.,    Attn: Manager,    210 E. Trade Street, Suite B132,
                Charlotte, NC 28202-2404
4238259        Hoffman-Hoffman, Inc.,    PO Box 77258,    Greensboro, NC 27417-7258
4238265        International Paper,    PO Box 644095,    Pittsburgh, PA 15264-4095
4238252       +James A. Green,    2830 Monterey Park Drive,    Gastonia, NC 28054-2800
4238343       +James Andrew Spottswood,    3040 Teton Drive,    Gastonia, NC 28054-0015
4238267       +James Jamieson,    4545 Musket Hill Road,    Sharon, SC 29742-8722
4238262       +James L. Hunter,    10727 Round Rock Road,    Charlotte, NC 28277-3469
4238266       +James, McElroy & Diehl, PA,    600 South College Street,    Charlotte, NC 28202-1825
4238268       +Jason’s Deli,    Deli Management, Inc.,    2400 Broadway,    Beaumont, TX 77702-1904
4238284       +Jay A. Littlejohn,    250 Coutrytyme Lane,    Iron Station, NC 28080-8429
4238362       +Jeremy Eugene Towe,    1055 Victoria Blake Lane,    Belmont, NC 28012-6537
4238270       +Joffie Contracting Services, Inc.,    PO Box 49361,    Charlotte, NC 28277-0078
4238184       +John C. Cannon,    12173 Rick Hole Road,    Stanfield, NC 28163-6560
4238271       +Johnston, Allison & Hord, P.A.,    Johnston Allison Hord,    PO Box 36469,
                Charlotte NC 28236-6469
4238214       +Joseph Madison Dollar,    10125 Fallon Farm Rd., Apt 303,    Charlotte, NC 28278-7525
4238150       +Joseph W. Grier, III,    Grier, Furr & Crisp, PA,    101 N. Tryon St., Suite 1240,
                Charlotte, NC 28246-0104
4238334       +Kathrine Ann Scheimreif,    3425 Cal Bost Road,    Midland, NC 28107-8794
4238374       +Kent Weaver,    6718 Providence Sq. Dr., #299,    Charlotte, NC 28270-5887
4238311       +Kevin Daniel Pietrus,    912 T J Drive,    Monroe, NC 28112-7761
4238363       +Kevin Robert Triola,    11844 Guildhall Lane,    Charlotte, NC 28213-3890
4238275       +Knights Libertas, LLC,    Attn: Sharon Davison,    545 Washington Blvd,
                Jersey City, NJ 07310-1607
4238278        Kone, Inc.,    McAngus Goudelock & Courier,    6302 Fairview Road, Ste 700,
                Charlotte, NC 28210-2267
4238277        Kone, Inc.,    PO Box 429,    Moline, IL 61266-0429
4238329       +Larry Lane Richardson,    5916 Newell Drive,    Monroe, NC 28112-6768
4238280       +Law Office of Edward C. Leach,    319 S Sharon Amity Rd, Ste. 234,    Charlotte, NC 28211-2898
4238281       +Lightning Mikes Window Thing,    The MT&G Group, Inc.,    PO Box 220333,    Charlotte, NC 28222-0333
4238282       +Lincoln Harris, LLC.,    4725 Piedmont Row Dr., Suite 800,    Charlotte, NC 28210-4284
4238286       +Main & Main, LLC,    1228 E Morehead St, Ste 200,    Charlotte, NC 28204-2889
4238253       +Mark Hanna,    334 Black Hill Road,    Bryson City, NC 28713-7716
4238288       +Martin C. Dawsey, Esq.,    Gravely & Bowers, PA,    1000 29th Avenue North,
                Myrtle Beach, SC 29577-3171
4238292       +Matthew Andrew Mescan,    8611-H Townley Road,    Charlotte, NC 28078-4453
4238290       +Mecklenburg County Tax Collector,    PO Box 31457,    Charlotte, NC 28231-1457
4238291       +Melody M. Malone,    Moore & Van Allen, PLLC,    100 N. Tryon St., 47th Floor,
                Charlotte, NC 28202-4000
4238181       +Michael G. Burke,    7805 Forest Oaks Lane,    Waxhaw, NC 28173-8385
4238207       +Michael U. Cucinella,    9021 Petunia Court,    Gastonia, NC 28056-8103
4238293       +Mike Wielechowski, Esq.,    1100 Kenilworth Avenue, Suite 200,    Charlotte, NC 28204-2971
4238295       +Morris, Manning & Martin, LLP,    1600 Atlanta Financial Center,    3343 Peachtree Road, NE,
                Atlanta, GA 30326-1085
4238296       +Mortimer’s Cafe and Pub,    Brandon Viebrock,    127 N Tryon Street, Unit 511,
                Charlotte, NC 28202-2175
4238297       +Mortimer’s Pub,    Mortimer’s Venture, LLC,    127 N Tryon Street, Unit 511,
                Charlotte, NC 28202-2175
4238301       +NC Sound of Charlotte, Inc.,    404 Winecoff School Road,    Concord, NC 28027-4146
4238298       +Norman Muhammad,    517 W. Park Avenue,    Charlotte, NC 28203-4322
4238273       +Nyvia Enid Keene,    9424 Seamill Road,    Charlotte, NC 28278-8002
4238302        Otis Elevator Company,    PO Box 905454,    Charlotte, NC 28290-5454
```

```
District/off: 0419-3          User: bryantj              Page 3 of 4                   Date Rcvd: Jul 23, 2010
Case: 10-32093                Form ID: b9f               Total Noticed: 226

4238303          +Outback Steakhouse, Inc.,    2202 N. W Shore Blvd., 5th Fl,    Tampa, FL 33607-5747
4238304           Pace, Inc.,   PO Box 560427,    Charlotte, NC 28256-0427
4238149          +Pacific Avenue, LLC,    EpiCentre Management,    210 E Trade Street,    Charlotte, NC 28202-2404
4238305          +Pacific Avenue, LLC,    5625 Fairview Rd,    Charlotte, NC 28209-3619
4238306          +Pacific Avenue, LLC.,    4725 Piedmont Row Drive, S 800,    Charlotte, NC 28210-4284
4238260          +Paul Bristow Horner, IV,    2800 Edwin Jones Drive,    Charlotte, NC 28269-8330
4238308          +Performance Fire Protection, LLC.,    PO Box 4510,    Mooresville, NC 28117-4510
4238309          +Pesta, Finnie & Associates, LLP,    6826 Morrison Blvd.,    Charlotte, NC 28211-4379
4238310           Piedmont Natural Gas,    PO Box 533500,    Atlanta, GA 30353-3500
4238263          +Piotr Stefan Ignaczak,    617 Overlook Road,    Lowell, NC 28098-1282
4238312          +Preferred Parking Service, LLC,    212 S. Tryon St., Suite 1300,    Charlotte, NC 28281-0102
4238313          +Presbyterian Regional Healthcare Corp.,    Attn: Betsy Walsh,    PO Box 33549,
                   Charlotte, NC 28233-3549
4238315          +Promenade Management, Inc.,    5625 Fairview Rd.,    Charlotte, NC 28209-3619
4238316          +Queen City Floor Covering,    1020 A Stallings Road,    Matthews, NC 28104-8127
4238317          +R. Allen’s Plumbing, LLC,    Anthony, Robert Allen,    1901 Carl Fox Road,
                   Taylorsville, NC 28681-4310
4238318          +R.A. Brown & Son Electric Co., Inc.,    312 Armistead Court,    Marvin, NC 28173-6645
4238328          +RHW Concrete, Inc.,    2587 Green Valley Drive,    Norcross, GA 30071-4132
4238319          +Racing Electronics,    Electronic Inudstries Corporation,    840 Derita Road,
                   Concord, NC 28027-3344
4238320          +Rapid Rooter, Inc.,    PO Box 562002,    Charlotte, NC 28256-2002
4238321          +Raymond James,   c/o Fred Coble,    710 Carillon Parkway,    St. Petersburg, FL 33716-1101
4238322          +Redsky Gallery,    1244 East Blvd.,    Charlotte, NC 28203-5708
4238323          +Redsky Gallery,    Attn: Kellie Scott,    1244 East Blvd.,    Charlotte, NC 28203-5708
4238324          +Regions Bank, Admin Agent,    PO Box 11816,    Charlotte, NC 28220-1816
4238325          +Republic Electric Co., Inc.,    11160 Downs Road,    Pineville, NC 28134-8445
4238327          +Revolution,   Bernie Sue, LLC,    127 N Tryon Street, Unit 511,    Charlotte, NC 28202-2175
4238326          +Revolution,    Attn: Brandon Viebrock,    127 N Tryon St, Unit 511,    Charlotte, NC 28202-2175
4238346          +Richard Bradley Starnes,    4645 Falcon Chase Drive,    Concord, NC 28027-0435
4238175          +Robert Bonkowski,    9535 University Terrace Dr., Apt. E,    Charlotte, NC 28262-8813
4238384          +Robert Douglas Wright, Jr.,    8726 Laurel Run Drive,    Charlotte, NC 28269-6161
4238261          +Robert Floyd Huffman,    1738 Seefin Court,    Indian Trail, NC 28079-6796
4238256          +Robert G. Havens, Jr.,    11115 Clayford Ridge,    Charlotte, NC 28215-9073
4238382          +Robert J. Wise,    2379 Smith Harbour Drive,    Denver, NC 28037-8087
4238333          +Royal Design and Maintenance,    4000 Churchill Road,    Charlotte, NC 28211-1017
4238169          +Sabir Bayragdarov,,    7600 Cedar Creek Lane, Apt. 201,    Charlotte, NC 28210-8219
4238177           Samuel A. Bray,    230 Glenmere Lane,    Mooreseville, NC 28115-4265
4238339          +Scott Eric Shipman,    2813 Windswept Lane,    Monroe, NC 28110-8825
4238337          +Scott S. Sherwood,    6139 Maple Leaf Avenue,    Harrisburg, NC 28075-6521
4238335          +Securities & Exchange Commission,    Suite 1000,    3475 Lennox Road, NE,    Atlanta, GA 30326-3235
4238242          +Seth Daniel Fulton,    115 Coral Rutledge Drive,    Mount Holly, NC 28120-1460
4238377          +Seth Wilfong,    1919 East 8th Street,    Charlotte NC 28204-2743
4238378          +Shawn Wilfong,    1919 East 8th Street,    Charlotte NC 28204-2743
4238336          +Sheehay, Furlong & Behm,    Gateway Square,    PO Box 66,    Burlington, VT 05402-0066
4238340          +Sign Art,    6225 Old Concord Rd.,    Charlotte, NC 28213-6311
4238341          +Smoothie King,    Attn: Anne Monsted,    301 S. College St., Ste 265,    Charlotte, NC 28202-6024
4238344          +Stanley Environmental Solutions,    PO Box 184,    Stanley, NC 28164-0184
4238345          +Star Stationers, Inc.,    349 W. Tremont Avenue, Suite E,    Charlotte, NC 28203-4976
4238347          +State Farm Insurance Agency,    David G. Stroman,    210 E. Trade Street, Suite C-340,
                   Charlotte, NC 28202-2433
4238348          +State Farm Insurance Agency,    David Stroman,    210 E. Trade Street, Suite C-340,
                   Charlotte, NC 28202-2433
4238349          +State Line Lighting, Inc.,    3127 Hwy 21 Bypass,    Fort Mill, SC 29715-7242
4238350          +Steel Designs,    Benjamin Ian Parrish,    PO Box 36716,    Charlotte, NC 28236-6716
4238211          +Steven D. Davis,    17300 Hampton Trace Road,    Huntersville, NC 28078-6545
4238351          +Sun Glass & Door Co.,    1108 Elm Street,    Charlotte, NC 28206-3233
4238352          +Sunbelt Rentals Company,    1275 West Mound St.,    Columbus, OH 43223-2213
4238353          +Sunset Management Group, LLC.,    5625 Fairview Road,    Charlotte, NC 28209-3619
4238355          +TBD,   210 E. Trade Street, Suite E-286,    Charlotte, NC 28202-2441
4238356          +TGC Capital Partners, LLC,    8504 Arley Hall Ct.,    Charlotte, NC 28173-6569
4238357          +The Fudgery,    Attn: Ace Marshall,    119 Green Street,    Gainesville, GA 30501-3633
4238360          +The Seaport Group,    Seaport Group Leasing, LLC,    360 Madison Ave, 2nd Floor,
                   New York, NY 10017-7132
4238359          +The Seaport Group,    Attn: Jonathan R. Silverman,    360 Madison Ave, 2nd Floor,
                   New York, NY 10017-7132
4238289          +Thomas Samuel McGarity, Jr.,    7034 Evanton Loch Road,    Charlotte, NC 28278-8014
4238272          +Timothy Alan Jolly,    7013 Holly Grove Court,    Stallings, NC 28104-8734
4238246          +Timothy B. Gavigan, Esq.,    10700 Sikes Pl, Ste 375,    Charlotte, NC 28277-8012
4238361          +TobinDudleyStarr, PLLC,    1523 Elizabeth Avenue, Suite 210,    Charlotte, NC 28204-2535
4238151          +U.S. Bankruptcy Administrator,    402 W. Trade Street,    Suite 200,    Charlotte, NC 28202-1673
4239403          +U.S. Securities Exchange,    Suite 1000,    3475 Lenox Rd., N.E.,    Atlanta, GA 30326-3235
4238366         ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank NA,     US Bancorp Center,    800 Nicollet Mall, 22nd Fl,
                   Minneapolis, MN 55402-7020)
4238364          +Uptown Sundries,    Keum S. Kim & Choon D. Kim,    11173 Villa Trace Place,
                   Charlotte, NC 28277-1499
4238367          +Vida Cantina,    Bar Management Group,    6300 Carmel Rd, Suite 110B,    Charlotte, NC 28226-8277
4238369          +Walton/Noble Investors V, LLC,    1100 Monarch Tower,    3424 Peachtree Td, NE,
                   Atlanta, GA 30326-1118
4238371          +Waste Management,    PO Box 9001054,    Louisville, KY 40290-1054
4238372          +Watson Electrical Construction,    PO Box 3105,    Wilson, NC 27895-3105
4238373          +Wayne J. Griffin Electric, Inc.,    116 Hopping Brook Road,    Holliston, MA 01746-1497
4238376          +Wild Wing Cafe,    Epic Wings, LLC,    20 Rum Row,    HIlton Head, SC 29928-5207
```

```
District/off: 0419-3          User: bryantj              Page 4 of 4              Date Rcvd: Jul 23, 2010
Case: 10-32093                Form ID: b9f               Total Noticed: 226

4238375      +Wild Wing Cafe,    Attn: Jayne Verhoeven,    20 Rum Row,    HIlton Head, SC 29928-5207
4238379      +Wilfong Properties, LLC,    1919 East 8th Street,    Charlotte NC 28204-2743
4238239      +William Leo Fontaine,    6401 Cameron Forest Lane, Apt. 2F,    Charlotte, NC 28210-0038
4238380      +Wilson, Joseph Banks,    11115 Willow Meadow Ln, Apt. 133,    Charlotte, NC 28277-1201
4238381       Windstream,    Windstream Corporation,    PO Box 9001908,    Louisville, KY 40290-1908
4238383      +Womble Carlyle Sandridge & Rice,,    Robert P. Bryan, III, Esq.,    301 South College Street,
               Charlotte, NC 28202-6000
The following entities were noticed by electronic transmission on Jul 23, 2010.
smg           EDI: IRS.COM Jul 23 2010 15:28:00      Internal Revenue Service,    Special Procedures Section,
               320 Federal Place, Room 335,    Greensboro, NC  27401
4238166      +EDI: BANKAMER2.COM Jul 23 2010 15:23:00      Bank of America,    NC1-023-03-03,
               525 N Tryon St, 3rd Fl,    Charlotte, NC 28255-0001
4238245       E-mail/Text: accountsreceivable@g-c.com                            Garratt Callahan Company,
               50 Ingold Road,    Burlingame, GA 94010-2206
4238264       EDI: IRS.COM Jul 23 2010 15:28:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA 19114
4238299      +E-mail/Text: bankruptcyadministrator@muzak.com                            Muzak, LLC,
               PO Box 71070,    Charlotte, NC 28272-1070
4238300      +EDI: NCDEPREV.COM Jul 23 2010 15:28:00      NC Department of Revenue,
               Central Collection Division,    P.O. Box 1168,    Raleigh, NC 27602-1168
4239402       EDI: NCDEPREV.COM Jul 23 2010 15:28:00      North Carolina Department of Revenue,
               Bankruptcy Unit,    P.O. Box 1168,    Raleigh, NC 27602-1168
4238307      +E-mail/Text: dladwig@paychex.com                            Paychex,
               3701 Arco Corporate Drive; Ste 300,    Charlotte, NC 28273-0401
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4238248*     +Afshin Ghazi,    5625 Fairview Rd.,    Charlotte, NC 28209-3619
4238159*     +Aloft Hotel,    1100 Monarch Tower,    3424 Peachtree Rd.,    Atlanta, GA 30326-1118
4238167*     +Bank of America,    NC1-023-03-03,    525 N Tryon St, 3rd Fl,    Charlotte, NC 28255-0001
4238171*     +Belle Ville Boutique,    TMS Partners, LLC,    20435 Middletown Road,    Cornelius, NC 28031-6498
4238189*     +CCD I, LLC,    Bar Management Group,    6300 Carmel Rd., Suite 110B,    Charlotte, NC 28226-8277
4238209*     +CVS Caremark Corporation,    One CVS Drive,    Woonsocket, RI 02895-6184
4238220*     +Enso Asian Bistro & Sushi Bar,    Dineworks Hospitality Group,    210 North Church St. Unit 3314,
               Charlotte, NC 28202-2389
4238230*     +Fire House Subs,    Scotto Restaurant Group, LLC,    137 Cross Center Road, Ste. 234,
               Denver, NC 28037-5009
4238234*     +Five Guys Burgers and Fries,    NCC - Epicentre, LLC,    PO Box 25515,    Alexandria, VA 22313-5515
4238238*     +Flying Biscuit,    MSWG,    1801 Peachtree Road,    Atlanta, GA 30309-1895
4238269*     +Jason's Deli,    Deli Management, Inc.,    2400 Broadway,    Beaumont, TX 77702-1904
4238283*     +Lincoln Harris, LLC.,    4725 Piedmont Row Dr., Suite 800,    Charlotte, NC 28210-4284
4238342*     +Smoothie King,    Attn: Anne Monsted,    301 S. College St., Ste 265,    Charlotte, NC 28202-6024
4238354*     +Sunset Management Group, LLC.,    5625 Fairview Road,    Charlotte, NC 28209-3619
4238358*     +The Fudgery,    Attn: Ace Marshall,    119 Green Street,    Gainesville, GA 30501-3633
4238365*     +Uptown Sundries,    Keum S. Kim & Choon D. Kim,    11173 Villa Trace Place,
               Charlotte, NC 28277-1499
4238368*     +Vida Cantina,    Bar Management Group,    6300 Carmel Rd, Suite 110B,    Charlotte, NC 28226-8277
4238370*     +Walton/Noble Investors V, LLC,    1100 Monarch Tower,    3424 Peachtree Td, NE,
               Atlanta, GA 30326-1118
                                                                                               TOTALS: 0, * 18, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**                     **Signature:**     _Joseph Speetjens_