**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | Case No.: 10-32093 |
| ) | **Chapter 11** |
| **PACIFIC AVENUE, LLC** ) | |
| ) | |
| ) | |
| **Debtor(s)** ) | |

**CERTIFICATE OF SERVICE**

        The undersigned certifies that the ***Chapter 11 Operating Order*** was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on or before July 26, 2010.

Pacific Avenue, LLC
210 E Trade Street
Suite C-446 B
Charlotte, NC 28202

Joseph W. Grier, III
Grier, Furr & Crisp, PA
101 N. Tryon Street, Suite 1240
One Independence Center
Charlotte, NC 28246

North Carolina Department of Revenue
P.O. Box 1168
Raleigh, NC 27602

Internal Revenue Service
320 Federal Place, Room 335
Greensboro, NC 27401

        /s/ Linda W. Simpson
        Linda W. Simpson
        United States Bankruptcy Administrator
        402 W. Trade Street, Suite 200
        Charlotte, NC  28202-1669
        N.C. Bar #12596
        Telephone:  (704) 350-7587   Fax:  (704) 344-6666
        Email:  Linda_Simpson@ncwba.uscourts.gov