UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| PACIFIC AVENUE, LLC, | ) | Case No. 10-32093 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In Re: | ) | |
| | ) | |
| PACIFIC AVENUE II, LLC, | ) | Case No. 10-32095 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**Please Take Notice** that Moore & Van Allen PLLC hereby appears as counsel on behalf of REGIONS BANK in the above-captioned jointly administered bankruptcy cases and requests, pursuant to Bankruptcy Rule 9010, that all notices given or required to be given in these cases, and all papers served, or required to be served in these cases, be given to and served upon:

> David S. Walls
> Moore & Van Allen PLLC
> 100 North Tryon St., 47th Floor
> Charlotte, NC 28202-4003
> Telephone: (704) 331-1058
> davidwalls@mvalaw.com

> And

> Douglas R. Ghidina
> Moore & Van Allen PLLC
> 100 North Tryon St., 47th Floor
> Charlotte, NC 28202-4003
> Telephone: (704) 331-3504
> dougghidina@mvalaw.com

**Please Take Further Notice** that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules, including service of process, and additionally includes, without limitation, notices of any application, complaint, demand, hearing,

motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. We further request that the Clerk of Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared in these bankruptcy cases.

This the 26th day of July, 2010.

       /s/ David S. Walls
David S. Walls
N.C. State Bar No. 12670

*For the firm of:*
Moore & Van Allen PLLC
100 North Tryon St., 47th Floor
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1000
Attorneys for Regions Bank

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) <br> ) <br> PACIFIC AVENUE, LLC, ) <br> ) <br> Debtor. ) <br> ) | Case No. 10-32093 |
| In Re: ) <br> ) <br> PACIFIC AVENUE II, LLC, ) <br> ) <br> Debtor. ) <br> ) | Case No. 10-32095 |

**CERTIFICATE OF SERVICE**

    I, the undersigned of MOORE & VAN ALLEN, PLLC, hereby certify that I am, and at all times hereafter mentioned was, more than 18 years of age; that on this day I caused a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS to be served (a) via electronic notification pursuant to Local Rule 5005-1e on those parties so indicated below, and (b) by first class United States mail, postage prepaid, addressed to the following, as indicated below:

| | |
|---|---|
| Pacific Avenue LLC <br> Pacific Avenue II, LLC <br> ATTN: Afshin Ghazi, Manager <br> 210 E. Trade Street <br> Charlotte, NC  28202 | Joseph. W. Grier <br> Grier Furr & Crisp, PA <br> (electronic notification) |
| Linda W. Simpson <br> Office of the US Bankruptcy Admin. <br> (electronic notification) | Wilfong Properties LLC <br> 1919 East 8th Street <br> Charlotte, NC  28204 |
| Shawn Wilfong <br> 1919 East 8th Street <br> Charlotte, NC  28204 | RHW Concrete Inc. <br> 2587 Green Valley Drive <br> Norcross, GA  30071 |
| ADW Architects <br> 1401 West Morehead Street <br> Charlotte, NC  28208-5261 | Atlantic Coast Waterproofing, Inc. <br> 7915 Chapman Street <br> Charlotte, NC  28216 |

CHAR1\1173287v1

| | |
|---|---|
| Bruegger's Bagels<br>Brueggars Enterprises, Inc.<br>Attn: Real Estate Administration<br>159 Bank Street<br>Burlington, VT  05401 | Hard Rock Pavers, LLC<br>c/o Elana Zecca<br>Parker, Poe, Adams & Bernstein<br>401 S. Tryon Street, Suite 3000<br>Charlotte, NC  28202 |
| Sign Art<br>6225 Old Concord Road<br>Charlotte, NC  28213 | Five Guys Burgers and Fries<br>Attn: Sam Chamberlain<br>NCC – Epicentre, LLC<br>PO Box 25515<br>Alexandria, VA  22313 |
| Charles H. Litaker, Inc.<br>PO Box 221129<br>Charlotte, NC  28222-1129 | Cam-Ful Industries, Inc.<br>PO Box 279<br>Pineville, NC  28134 |
| Excel Electrical Technologies<br>7168 Weddington Rd. #124<br>Concord, NC  28027 | Jason's Deli<br>Attn: Raymond Begnaud<br>Deli Management, Inc.<br>2400 Broadway<br>Beaumont, TX  77702 |
| Wayne J. Griffin<br>Electric, Inc.<br>116 Hopping Brook Road<br>Holliston, MA  01746 | Wild Wing Café<br>Epic Wings, LLC<br>Attn: Jayne Verhoeven<br>20 Rum Row<br>Hilton Head, SC  29928 |
| Kone, Inc.<br>PO Box 429<br>Moline, IL  61266-0429 | Johnston, Allison & Hord, P.A.<br>Mr. Joe F. Teague, Jr.<br>Johnston Allison Hord<br>PO Box 36469<br>Charlotte, NC  28236 |
| Clayco Corp.<br>2199 Innerbelt<br>Business Center Dr.<br>St. Louis, MO  63114 | Fulcrum Construction, LLC<br>1900 The Exchange, Suite 195<br>Atlanta, GA  30339 |

I certify that the foregoing is true and correct.  This 26th day of July, 2010.

/s/  Douglas R. Ghidina