FILED & JUDGMENT ENTERED
David E. Weich

Jul 26 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_/s/ George R. Hodges_
George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| **In re:** | **CASE NO. 10-32093** |
| **Pacific Avenue, LLC, et al.,**[1] | **CHAPTER 11** |
| **Debtors.** | Jointly Administered[2] |

### ORDER AUTHORIZING (I) MAINTENANCE OF EXISTING BANK ACCOUNTS; (II) CONTINUED USE OF EXISTING BUSINESS FORMS; AND (III) CONTINUED USE OF CASH MANAGEMENT SYSTEM

Upon the motion (the "Motion") filed by Pacific Avenue, LLC ("Pacific Avenue"), and Pacific Avenue II, LLC ("Pacific Avenue II"), debtors and debtors-in-possession in the above-captioned case (the "Debtors"), for entry of an Order, pursuant to Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code, authorizing (A) the maintenance of existing bank accounts, (B) continued use of existing business forms, and (C) continued use of cash management system; and it appearing that the relief requested by this Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest, and after due deliberation and sufficient cause appearing therefore:

---

[1] These jointly administered cases are those of the following debtors: Pacific Avenue, LLC and Pacific Avenue II, LLC, Case numbers 10-32093 and 10-32095 respectively.
[2] Contemporaneously with this Motion, the Debtors have filed a Motion for Joint Administration seeking to jointly administer the Debtors' cases with the case of Pacific Avenue, LLC serving as the lead case.

IT IS HEREBY ORDERED that:

1)  The Motion is GRANTED;

2)  The Debtors are hereby authorized to maintain and continue using its existing bank accounts, without prejudice to: (a) the Debtors' ability to open new bank accounts if deemed appropriate by the Debtors; or (b) the rights of any party-in-interest to seek avoidance of the honoring of any pre-petition checks made by the Debtors;

3)  The Debtors are hereby authorized to continue using all correspondence, business forms (including, but not limited to, letterhead, lease agreements, purchase orders, and invoices), and checks existing immediately before the Petition Date without reference to the Debtors' status as debtors in bankruptcy;

4)  The Debtors are hereby authorized to continue using their current centralized cash management system; and

5)  The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |