UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re: | CASE NO. 10-32093 |
| Pacific Avenue, LLC, et al.,[1] | CHAPTER 11 |
| Debtors. | Jointly Administered[2] |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing (1) *Order Authorizing Employment of Grier Furr & Crisp, PA,* (2) *Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Pre-Petition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; and (III) Establishing Procedures for Requests for Addition Assurance of Payment;* (3) *Order Authorizing Payment of Pre-Petition Payroll, Payroll Taxes, Employee Benefits and Other Related Expenses;* (4) *Order Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continued Use of Existing Business Forms; and (III) Continued Use of Cash Management System;* (5) *Interim Order (I) Approving Use of Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing; and (V) Granting Related Relief and* (6) *Order Authorizing Joint Administration of Related Chapter 11 Cases,* were served on the parties on the attached service list by placing said copies in the United States mail, first-class postage prepaid, and addressed as directed by the list.

This the 27th day of July, 2010.

/s/ Joseph W. Grier, III
Joseph W. Grier, III, NC State Bar No. 7764
GRIER FURR & CRISP, PA
101 N. Tryon St., Ste. 1240
Charlotte, NC  28246
(704) 332-0215 - Fax

---

[1]  These jointly administered cases are those of the following debtors: Pacific Avenue, LLC and Pacific Avenue II, LLC, Case numbers 10-32093 and 10-32095, respectively.
[2]  Contemporaneously with this Application, the Debtors have filed a Motion for Joint Administration seeking to jointly administer the Debtors' cases with the case of Pacific Avenue, LLC serving as the lead case.

## CERTIFICATE OF SERVICE LIST

Linda Simpson
United States Bankruptcy Administrator
Via electronic service

Secured Creditors:
David Walls
Douglas R. Ghidina
Moore & Van Allen PLLC
100 N Tryon St, Ste 4700
Charlotte, NC 28202
Attorneys for Regions Bank
Davidwalls@mvalaw.com
Dougghidina@mvalaw.com

Preferred Parking Service, LLC
212 S. Tryon St., Suite 1300
Charlotte, NC 28209
roger@preferredparking.com

US Bank NA
US Bancorp Center
800 Nicollet Mall, 22nd Fl
Minneapolis, MN 55402-7020
david.kopolow@usbank.com

Utility Providers:
City of Charlotte
Billing Center
600 East Fourth Street
Charlotte, NC 28250-0001
Fax: 704-423-4201

Duke Energy
PO Box 70516
Charlotte, NC 28272-0516
Fax: 800-943-6910; 704-594-0557

Piedmont Natural Gas
PO Box 533500
Atlanta, GA 30353-3500
Fax: 877-525-2880

Windstream
Windstream Corporation
PO Box 9001908
Louisville, KY 40290-1908
Fax: 704-849-5272

20 Largest Unsecured Creditors:
Acousti Engineering Co.
2011 Cross Beam Drive
Charlotte, NC 28217
Fax: (704) 424-9767

ADW Architects
1401 West Morehead Street
Charlotte, NC 28208-5261
blauer@adwarchitects.com

Atlantic Coast Waterproofing, Inc.
7915 Chapman Street
Charlotte, NC 28216
alcowa99@bellsouth.net

Bruegger's Bagels
Brueggars Enterprises, Inc.
Attn: Real Estate Administration
159 Bank Street
Burlington, VT 05401
tgmarshall@comcast.net

Cam-Ful Industries, Inc.
PO Box 279
Pineville, NC 28134
rbradley@cam-ful.com

Cam-Ful Industries, Inc.
c/o Bentford E. Martin
Hamilton Moon Stephens
  Steele & Martin, PLLC
201 South College Street, Suite 2020
Charlotte, NC 28244
BMartin@lawhms.com

Charles H. Litaker, Inc.
PO Box 221129
Charlotte, NC 28222-1129
dlitaker@litakerinsurance.com

Clayco Corp.
2199 Innerbelt Business Center Dr.
St. Louis, MO 63114
clarkb@claycorp.com

Excel Electrical Technologies
7168 Weddington Rd. #124
Concord, NC 28027
randy.sossamon@excelelectrical.com

Five Guys Burgers and Fries
Attn: Sam Chamberlain
NCC - Epicentre, LLC
PO Box 25515
Alexandria, VA 22313
schamberlain@fiveguys.com

Fulcrum Construction, LLC
1900 The Exchange, Suite 195
Atlanta, GA 30339
MArasin@fulcrumconstruction.com

Hard Rock Pavers, LLC
c/o Kiah T. Ford, IV
Parker, Poe, Adams & Berstein
401 S. Tryon St.; Stuie 3000
Charlotte, NC 28202
Fax: 704-334-4706

Jason's Deli
Attn: Raymond Begnaud
Deli Management, Inc.
2400 Broadway
Beaumont, TX 77702
joseph.edwards@jasonsdeli.com

Johnston, Allison & Hord, P.A.
Mr. Joe F. Teague, Jr.
Johnston Allison Hord
PO Box 36469
Charlotte NC 28236
mjohnston@jahlaw.com
jteague@jahlaw.com

Kone, Inc.
PO Box 429
Moline, IL 61266-0429
Randy.Bunner@kone.com

Kone, Inc.
c/o J. D. Keister
McAngus Goudelock & Courier, LLC
6302 Fairview Road, Ste 700
Charlotte, NC 28210-2267
jkeister@mgclaw.com

Regions Bank, Admin Agent
PO Box 11816
Charlotte, NC 28220

RHW Concrete, Inc.
2587 Green Valley Drive
Norcross, GA 30071
rhwconcreteinc@comcast.net

Sign Art
6225 Old Concord Rd.
Charlotte, NC 28213
randy.souther@signartsign.com

Wayne J. Griffin Electric, Inc.
116 Hopping Brook Road
Holliston, MA 01746
thughes@wjgei.com

Wild Wing Cafe
Epic Wings, LLC
Attn: Jayne Verhoeven
20 Rum Row
Hilton Head, SC 29928
Wingkingcc@aol.com

Wilfong Properties, LLC
1919 East 8th Street
Charlotte NC 28204
seth.wilfong@gmail.com
shawan.wilfong@gmail.com