FILED & JUDGMENT ENTERED
Christine F. Winchester

Nov 18 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re: | CASE NO. 10-32093 |
| Pacific Avenue, LLC, et al., | CHAPTER 11 |
| Debtors. | Jointly Administered |

**CONSENT ORDER RELATIVE TO DEBTORS' MOTION FOR
EXTENSION OF EXCLUSIVE PERIOD FOR FILING A CHAPTER 11 PLAN**

This matter came on for hearing on November 18, 2010 on the *Motion for Extension of Exclusive Period for Filing a Chapter 11 Plan* filed by the Debtors in this case, through counsel, on November 5, 2010 (the "Motion"). It appears that Notice of the Motion was proper, and no objections were filed in response to the Motion. The Court is informed that the Debtors have obtained consent for the relief requested in the Motion from their major secured creditor, Regions Bank, and from the Committee of Unsecured Creditors. The Court having considered the Motion and the record in this case, finds and concludes as follows:

1.     The Debtors filed their voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code on July 22, 2010 (the "Petition Date").

2.     The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. No trustee or examiner has

1

been appointed in the Debtors' chapter 11 cases.

3. Pursuant to 11 U.S.C. § 1121, the Debtors' exclusive period (the "Exclusive Period") for filing a chapter 11 plan runs on November 19, 2010, which is 120 days after the Petition Date, and the Debtors' deadline for obtaining acceptances of their plan (the "Acceptance Period") runs on January 18, 2010.

4. In accordance with § 1121(d), the Motion was brought before the expiration of the Exclusive Period. Further, the Motion reflected the Debtors' first request for extensions of the Exclusive Period and the Acceptance Period.

IT IS HEREBY ORDERED that:

1) The Motion is GRANTED;

2) The Debtors' Exclusive Period pursuant to 11 U.S.C. § 1121(d)(2)(A) is extended through and including December 20, 2010;

3) The Debtors' Acceptance Period pursuant to 11 U.S.C. § 1121(d)(2)(B) is extended through and including February 17, 2011; and

4) Nothing in this Order shall be construed so as to limit the Debtors' ability to obtain any further extensions of the Exclusive Period or the Acceptance Period.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court

2

APPROVED FOR ENTRY BY:

GRIER, FURR & CRISP, PA


By: /s/ *A. Cotten Wright*
Joseph W. Grier, III (State Bar No. 7764)
A. Cotten Wright (State Bar No. 28162)
Anna S. Gorman (State Bar No. 20987)
101 North Tryon Street, Suite 1240
Charlotte, North Carolina 28246
Phone:  704.375.3720; Fax: 704.332.0215
jgrier@grierlaw.com
cwright@grierlaw.com
agorman@grierlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

MOORE & VAN ALLEN PLLC


By: /s/ David S. Walls
David S. Walls (State Bar No. 12760)
Douglas R. Ghidina (State Bar No. 14109)
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone:  (704) 331-1000
Facsimile:  (704) 331-1159
davidwalls@mvalaw.com
dougghidina@mvalaw.com

*Counsel for Regions Bank*

SFS LAW GROUP


By: /s/ Dennis O'Dea
Dennis O'Dea (State Bar No. 35072)
9930 Monroe Road, Suite 103
Matthews, NC 28105
Telephone:  (704) 780-1544
Facsimile:  (704) 973-0043
dennis.odea@sfslawgroup.com

*Counsel for the Committee of Unsecured Creditors*